# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00210-CV

---

**Oscar Harris and Eva Harris, Appellants**

**v.**

**Secretary of the U.S. Department of Veterans Affairs, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**NO. 26CCV00016, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal in an eviction suit. Appellee initiated the suit to recover possession of the premises. The trial court rendered judgment in Appellee's favor. The court in its judgment provided for the issuance of a writ of possession of the premises and set a statutorily required amount for the relevant supersedeas bond. *See* Tex. Prop. Code § 24.007. Nothing before us indicates that the judgment of possession was ever superseded by the provision of the required supersedeas bond. *See id.*

Appellee now moves for dismissal of this appeal as moot and represents that as a result of execution on the writ of possession, Appellee obtained possession of the premises. We asked for a response to Appellee's motion to dismiss by April 3, 2026, but no response has been filed.

For the reasons given by Appellee, this appeal is now moot. *See Wilder v. MWS Cap., LLC*, No. 03-18-00195-CV, 2018 WL 6072263, at *1–2 (Tex. App.—Austin Nov. 21, 2018, pet. denied) (mem. op.).  We thus dismiss this appeal.

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Dismissed as Moot

Filed:   April 16, 2026